**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

SCOTT ICEBERG,

                        Plaintiff,

        v.

ANDRETA M.C. ARMSTRONG,

                        Defendant.

NO.   3:24-cv-05929

NOTICE OF REMOVAL TO
FEDERAL COURT

**(Clerk's Action Required)**

TO:     CLERK OF THE ABOVE-ENTITLED COURT:

        PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Andreta M.C. Armstrong hereby files this Notice of Removal of this case from the Superior Court of the State of Washington in and for the County of Pierce, which was initiated on October 13, 2024, by service of process, to the United State District Court for the Western District of Washington, Tacoma Division. This case is removable to this Honorable Court pursuant to 28 U.S.C. § 1331 because plaintiff's complaint includes a federal cause of action that arises under 42 U.S.C. § 1983, and thus falls within this Court's federal question jurisdiction. *See* **Exhibit A**, Complaint.

        In support of such removal, Defendant respectfully represents the following to be true and correct:

NOTICE OF REMOVAL TO FEDERAL
COURT
NO.   3:24-cv-05929

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**A.    Procedural Matters**

1.    This case alleges violation of 42 U.S.C. § 1983 as well as a state law claim. Defendant, Andreta M.C. Armstrong, is an employee of the Washington State Human Rights Commission.

2.    Plaintiff invoked the jurisdiction of the Superior Court of the State of Washington, Pierce County, in his Complaint. **Exhibit A** at pp. 1-2.

3.    Service of process of the Summons and Complaint was made via service upon Defendant's spouse at their residence on October 13, 2024. A true and correct copy of the summons is attached as **Exhibit B**.

4.    The Summons and Complaint for this matter, under the case name of *Scott Iceberg v. Andreta M.C. Armstrong*, were subsequently filed with the Pierce County Superior Court on October 30, 2024, and the case was assigned Cause No. 24-2-11992-8.

5.    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after service of the initial pleadings on Defendant upon which such action is based.

6.    Intradistrict Assignment:    The United States District Court for the Western District of Washington, Tacoma Division, is the federal judicial district embracing the Court of the Superior Court of the State of Washington, Pierce County, where this suit claims jurisdiction. Further, Defendant resides in Pierce County. Pursuant to 28 U.S.C. §§ 128(b) and 1441(c) as well as LCR 3(e), assignment in the Tacoma Division for the Western District of Washington is proper.

**B.    Plaintiff's Allegations**

7.    Plaintiff alleges that Defendant, the executive director of the Washington State Human Rights Commission, retaliated against him due to his protected speech. Plaintiff alleges that this constitutes a violation of his First Amendment rights. Complaint ¶¶ 19-24.

8.    Plaintiff alleges that Defendant was acting "under color of law," and that her actions give rise to a cause of action under 42 U.S.C. § 1983. Complaint ¶¶ 29-36.

NOTICE OF REMOVAL TO FEDERAL
COURT
NO.   3:24-cv-05929

2

9.    Plaintiff further alleges that Defendant violated the Washington Law Against Discrimination—specifically RCW 49.60.220. Complaint ¶¶ 37-40.

**C.    The Court Has Subject-Matter Jurisdiction Over Plaintiff's claims**

10.    Plaintiff brings two claims against Defendant, the first of which arises under a federal statute and the Constitution of the United States. Complaint ¶¶ 29-36.

11.    Under 28 U.S.C. § 1441(c)(1), if a civil action includes "a claim arising under the Constitution, laws, or treaties of the United States… the entire action may be removed." No claims in Plaintiff's Complaint fall within the exception of § 1441(c)(1)(B).

12.    Accordingly, the United States District Court for the Western District of Washington, Tacoma Division, has jurisdiction over the entirety of this matter pursuant to 28 U.S.C. §§ 1331 and 1367.

**D.    Miscellaneous**

13.    In accordance with 28 U.S.C. 1446(d), written notice of the filing of this Notice of Removal will be given to the Plaintiff and to the Clerk of the Superior Court of the State of Washington in and for the County of Pierce.

14.    The prerequisites for removal under 28 U.S.C. § 1441 have been met.

15.    The assertions in this Notice are true and correct and this cause is removable to the United States District Court for the Western District of Washington, Tacoma Division.

16.    Defendant reserves all rights and defenses she may have in response to this lawsuit.

17.    In compliance with 28 U.S.C. § 1446(a) and LCR 101(c), the defendant will file copies of all process, pleadings and orders served upon it in this case within the fourteen (14) day deadline and with the appropriate verification of authenticity.

**WHEREFORE**, Defendant, by and through her counsel, and through the filing of this Notice of Removal, the giving written notice thereof to Plaintiff, and the filing of a copy of this

NOTICE OF REMOVAL TO FEDERAL COURT
NO.  3:24-cv-05929

3

Notice of Removal with the clerk of the Pierce County Superior Court, effect removal of said civil action to this Honorable Court.

DATED this 7th day of November, 2024.

ROBERT W. FERGUSON
Attorney General


*s/Cody C. Fenton-Robertson*
CODY C. FENTON-ROBERTSON
WSBA #47879
Assistant Attorney General
OID #91019
Office of the Attorney General, Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
(206) 341-7330
Email: Cody.Fenton@atg.wa.gov

NOTICE OF REMOVAL TO FEDERAL COURT
NO.  3:24-cv-05929

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**CERTIFICATION OF SERVICE**

I hereby certify that on November 7, 2024, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| Party | Method of Service |
|---|---|
| Plaintiff *pro se* <br><br> Scott Iceberg <br> 4820 Longhouse Trail Lane NE, <br> Apt 406 <br> Arlington, WA 98223 <br> 425-480-9103 | ☒ US Mail Postage Prepaid <br> ☒ Certified Mail Postage Prepaid, Return Receipt <br> ☐ Electronic Service by E-File, if available at time of filing <br> ☒ Courtesy copy by E-mail: <br><br> scotticeberg@yahoo.com |

I certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 7th day of November, 2024, at Seattle, Washington.

ROBERT W. FERGUSON
Attorney General

*s/Cody C. Fenton-Robertson*
CODY C. FENTON-ROBERTSON
Assistant Attorney General

NOTICE OF REMOVAL TO FEDERAL
COURT
NO.   3:24-cv-05929

5